FILED

01/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0246

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0246

_____

SADDLEBROOK INVESTMENTS, LLC,
as Assignee of Stuart M. Simonsen,

      Plaintiff and Appellant,

  v.

      O R D E R

KROHNE FUND, L.P.,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jessica T. Fehr, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 10 2024